1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

11
12
13
14
15
16
17

| | |
|---|---|
| PYTHAGORAS INTELLECTUAL HOLDINGS, LLC, a Delaware Limited Liability Company; CORPORATE RECOVERY SERVICES, INC., a Wyoming Corporation,<br><br>             Plaintiffs,<br><br>v.<br><br>STEVEN STEGALL, et al.,<br><br>             Defendants. | CASE NO. SACV08-0087 AG (RNBx)<br><br>**JUDGMENT IN FAVOR OF DEFENDANTS AMERICAN FIREGLASS, INC., MATT DOLL, CHUCK LODOZA, BRETT MAISTER, JUSTIN ZEV, BRIAN LANGOHR, DIAMOND FIRE GLASS, INC., MICHAEL VEST and ROBERT COCHRAN** |

18
19
20
21
22
23
24
25
26
27
28

     The claims of Plaintiffs PYTHAGORAS INTELLECTUAL HOLDINGS, LLC, a Delaware Limited Liability Company, and CORPORATE RECOVERY SERVICES, INC., a Wyoming Corporation ("Plaintiffs"), against AMERICAN FIREGLASS, INC., MATT DOLL, CHUCK LODOZA (erroneously sued herein as CHUCK RODOZA), BRETT MAISTER, JUSTIN ZEV, BRIAN LANGOHR, DIAMOND FIRE GLASS, INC., MICHAEL VEST and ROBERT COCHRAN ("Defendants") came on for hearing before the Court, Hon. Andrew J. Guilford., District Judge Presiding, on Defendants' Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered on July 23, 2009 (Docket No. 352),

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs take nothing against Defendants, that the case be dismissed on the merits against Defendants, and that Defendants recover their costs in an amount to be determined by the Court on Defendants' future motion for fees and costs.

DATED: August 18, 2009

_____
JUDGE Andrew J. Guilford
U.S. DISTRICT COURT JUDGE

**SUBMITTED BY THE PARTIES AND/OR THEIR ATTORNEYS:**

HIGGS, FLETCHER & MACK LLP

By: _/s/ Michael J. Hoisington_
    PHILLIP C. SAMOURIS, ESQ.
    MICHAEL J. HOISINGTON, ESQ.
    Attorneys for Defendants AMERICAN
    FIREGLASS, INC., MATT DOLL,
    CHUCK LODOZA (erroneously sued
    herein as CHUCK RODOZA), BRETT
    MAISTER, JUSTIN ZEV, BRIAN
    LANGOHR, DIAMOND FIRE GLASS,
    INC.

BURKHALTER KESSLER GOODMAN &
GEORGE LLP

By: _/s/ David A. Berstein_
    DAVID A. BERSTEIN, ESQ.
    Attorneys for Defendants MICHAEL
    VEST d/b/a/ FIRE ON GLASS and
    ROBERT COCHRAN, president of ACE
    CONSULTING &  MANAGEMENT,
    INC. d/b/a NORTHLINE EXPRESS,
    erroneously named as ROBERT
    COCHRAN, individually and doing
    business as NORTHLINE EXPRESS