

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PYTHAGORAS INTELLECTUAL HOLDINGS, LLC., et al., <br><br>Plaintiffs,<br><br>v.<br><br>STEVEN STEGALL, et al.,<br><br>Defendants. | CASE NO. SACV08-0087 AG (RNBx)<br><br>[PROPOSED] JUDGMENT DISMISSING CASE WITH PREJUDICE AND AWARDING DEFENDANTS' REASONABLE ATTORNEYS' FEES AND COSTS<br><br>Hon. Andrew J. Guilford |

1. The Court conducted a hearing regarding the Motion For Attorneys' Fees filed by Defendants Moderustic, Inc., Edgar Jaunzemis, Claudia Jaunzemis, Carl Herkes and Todd Janssen (collectively "Defendants").

2. After full and complete consideration, **IT IS HEREBY ORDERED AND ADJUDGED** that:

    a. Plaintiffs take nothing from any of the Defendants;

    b. Plaintiffs' case be dismissed with prejudice and on the merits as to each of the Defendants;

      c.    Defendants shall recover their reasonable attorneys' fees in the total amount of $128,264.08;

      d.    Defendants recover their fees and costs in the total amount of $23,611.61.

DATE: August 12, 2011

                                  HONORABLE ANDREW J. GUILFORD
                                  U.S. DISTRICT COURT JUDGE

Submitted by:

Dated:   July 25, 2011          ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Thomas M. O'Leary
    JAMES C. POTEPAN
    THOMAS M. O'LEARY
    Attorneys for Defendants,
    MODERUSTIC INC., EDGAR
    JAUNZEMIS, CLAUDIA JAUNZEMIS,
    CARL HERKES and TODD JANSSEN